# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5143
_____

ALEXANDER G. MOODY, former
husband,

Petitioner,

v.

LAURA GRIPPA MOODY, former
wife,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


May 2, 2018


PER CURIAM.

The petition for writ of prohibition is denied on the merits.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alexander G. Moody, pro se, Petitioner.

Ashley W. Cox of Bedell, Dittmar, DeVault, Pillans & Coxe, Jacksonville, for Respondent.